HELEN H. HAIMES, Respondent, *v.* PAUL O. SCHONWIT, **as** Executor of CORNELIUS J. CRICH, Deceased, Appellant.

Argued October 8, 1945; decided October 26, 1945.

*Frederick E. Weinberg* and *Nathan H. Elman* for appellant. *Jules Roth* for respondent.

Judgment affirmed, with costs, on the ground that the defendant failed to sustain the burden of establishing his partial defense of the Statute of Limitations. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.